### NOVEMBER 26, 1975

CALDWELL V FOX. (Docket No. 55788.) The motion for judicial review is considered, and the same hereby is granted. Upon review, this

Court affirms the action of the office of the Clerk in awarding costs to appellants, who improved their position on appeal. GCR 1963, 867, MCLA 600.2445; MSA 27A.2445. *Collison & Fordney, P. C.,* for defendants and third-party plaintiffs-appellants Patrick Clifford Fox and Leo Fox. *Smith & Brooker, P. C.,* for third-party defendant-appellee Wilsie-Kelly Chevrolet & Cadillac Company. Reported at 394 Mich 401.